IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 10 2025

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

vs.                                                             Cr. No. 25-2526 MLG

**RUDOLPH CHAVEZ**,

　　　　　Defendant.

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:** Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge, who thereafter will accept my guilty plea and adjudge me guilty.

_____
RUDOLPH CHAVEZ
Defendant

_____
JOSEPH GRIBBLE
Attorney for Defendant

Date: 7/10/2025

Before: _____
KAREN B. MOLZEN
United States Magistrate Judge